___



**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: December 17, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.
___

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:     Winshon Marquet Jackson, Debtor              Case No. 23-01859-JAW
                                                                                          CHAPTER 13

## AGREED ORDER GRANTING LIMITED STAY RELIEF

On the Motion to Lift Stay with Limitation (Dk#42) filed by the Debtor, the Court has been informed that the Trustee and Debtor have reached an agreement, and that the relief requested is appropriate. It is therefore:

**IT IS HEREBY ORDERED AND ADJUDGED THAT** pursuant to 11 U.S.C. § 362(a), the automatic stay, if any, is modified for cause (see 11 U.S.C. § 362(a), (b), (c)) to allow an action to proceed in the Copiah County Court ("Chancery Court") with respect to; (1) the dissolution of marriage, (2) the right to alimony, maintenance and/or support from property that is not property of the bankruptcy estate, and (3) determination of and equitable division of marital property.

**IT IS FURTHER ORDERED AND ADJUDGED THAT** the automatic stay shall remain in full force and effect and this Court shall reserve exclusive jurisdiction with respect to; (1) enforcement of a judgment from the Chancery Court to the extent it affects property of the bankruptcy estate, and (2) approval and entry of any consensual property settlement agreement.

**IT IS FURTHER ORDERED AND ADJUDGED THAT** the Debtor shall serve a copy of any order or judgment obtained in the Chancery Court proceeding relating to property division and/or support obligations on the Chapter 13 Trustee

**IT IS FURTHER ORDERED AND ADJUDGED THAT** the Debtor's attorney shall notify creditors and parties in interest of the actions taken by the Chancery Court in the form of a modification to the plan with an opportunity to object and having a hearing in this Court.

#END OF ORDER#

AGREED BY:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
ATTORNEY FOR DEBTOR



 /s/ Justin B. Jones

Attorney for Chapter 13 Case Trustee