United States Bankruptcy Court
Southern District of Mississippi

| | |
|---|---|
| In re: | Case No. 23-01859-JAW |
| Winshon Marquet Jackson | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 1 of 1 |
| Date Rcvd: Dec 17, 2025 | Form ID: pdf012 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 19, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Winshon Marquet Jackson, 1009 Wheeler Ln, Hazlehurst, MS 39083-8991 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 19, 2025         Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 17, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Edward E. Lawler, Jr. | on behalf of Creditor 21st Mortgage Corporation elawler@mckaylawler.com kfriday@mckaylawler.com |
| Harold J. Barkley, Jr. | HJB@HBarkley13.com hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Winshon Marquet Jackson trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 4

_____



SO ORDERED,



**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: December 17, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Winshon Marquet Jackson, Debtor            Case No. 23-01859-JAW
                                                    CHAPTER 13

### AGREED ORDER GRANTING LIMITED STAY RELIEF

On the Motion to Lift Stay with Limitation (Dk#42) filed by the Debtor, the Court has been informed that the Trustee and Debtor have reached an agreement, and that the relief requested is appropriate. It is therefore:

**IT IS HEREBY ORDERED AND ADJUDGED THAT** pursuant to 11 U.S.C. § 362(a), the automatic stay, if any, is modified for cause (see 11 U.S.C. § 362(a), (b), (c)) to allow an action to proceed in the Copiah County Court ("Chancery Court") with respect to; (1) the dissolution of marriage, (2) the right to alimony, maintenance and/or support from property that is not property of the bankruptcy estate, and (3) determination of and equitable division of marital property.

**IT IS FURTHER ORDERED AND ADJUDGED THAT** the automatic stay shall remain in full force and effect and this Court shall reserve exclusive jurisdiction with respect to; (1) enforcement of a judgment from the Chancery Court to the extent it affects property of the bankruptcy estate, and (2) approval and entry of any consensual property settlement agreement.

**IT IS FURTHER ORDERED AND ADJUDGED THAT** the Debtor shall serve a copy of any order or judgment obtained in the Chancery Court proceeding relating to property division and/or support obligations on the Chapter 13 Trustee

**IT IS FURTHER ORDERED AND ADJUDGED THAT** the Debtor's attorney shall notify creditors and parties in interest of the actions taken by the Chancery Court in the form of a modification to the plan with an opportunity to object and having a hearing in this Court.

#END OF ORDER#

AGREED BY:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
ATTORNEY FOR DEBTOR



 /s/ Justin B. Jones

Attorney for Chapter 13 Case Trustee