

## The Rollins Law Firm, PLLC

**INVOICE**

Invoice # 8678
Date: 01/28/2026
Due On: 02/27/2026

P.O. Box 13767
Jackson, MS 39236
United States

Winshon Marquet Jackson

### 04971-Jackson Winshon Marquet

**Services**

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| Service | KR | 09/17/2024 | Draft Fee Application and Proposed Order: Drafted and reviewed invoice for attorney and expense fees; reviewed court docket for previous orders; drafted Application for Compensation, the 21 day Notice and the Proposed Order; drafted email memo to TR re: review Application for Compensation | 0.30 | $0.00 | $0.00 |
| Service | TR | 09/17/2024 | Review and approve fee app drafted by KR | 0.10 | $0.00 | $0.00 |
| Service | KR | 09/17/2024 | Review email from Attorney: Reviewed email memo from TR re: Application for Compensation; prepared the Application and the invoice for upload to Certificate of Service | 0.10 | $0.00 | $0.00 |
| Service | KR | 09/17/2024 | Received and reviewed the Declaration of Mailing from Certificate of Service; prepared the Application for Compensation with the the Declaration of Mailing attached, the invoice and the proposed order for upload to the court | 0.10 | $0.00 | $0.00 |
| Service | TR | 09/20/2024 | Review: 23-01859-JAW Order on Application for Compensation Document# 38 | 0.10 | $0.00 | $0.00 |
| Service | KR | 01/03/2025 | Call Debtor: Reviewed email from US | 0.20 | $155.00 | $31.00 |

Invoice # 8678 - 01/28/2026

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | Auto about the debtor trying to purchase a vehicle; reviewed plan to verify vehicles listed in the plan; called debtor left message requesting a call back to go over the process of incurring debt and to find out about the 2015 GMC Terrain and the 2003 Infiniti | | | |
| Service | JC | 01/08/2025 | Call Debtor: Called debtor, left voicemail, drafted text message explaining process of incurring debt to purchase a vehicle and inquiring his intentions for his vehicles listed in the plan. | 0.10 | $155.00 | $15.50 |
| Service | KR | 01/17/2025 | Call Debtor: Called debtor left message; drafted email and text about the process of incurring debt | 0.10 | $155.00 | $15.50 |
| Service | JAC | 07/24/2025 | Review: 23-01859-JAW Notice of Mortgage Payment Change Document# 40 | 0.10 | $360.00 | $36.00 |
| Service | KR | 08/06/2025 | Review email from debtor: Reviewed email from debtor about {FAMILY LAW MATTER}; called debtor left message; drafted email to debtor informing him of how bankruptcy would be effected and the process of selling his home while in bankruptcy; requested a call back if he had any questions | 0.20 | $155.00 | $31.00 |
| Service | KR | 08/11/2025 | Call Debtor: Called debtor left message about the insurance needed for the home requested by the creditor since the policy has expired | 0.10 | $155.00 | $15.50 |
| Service | KR | 08/12/2025 | Call Debtor: Called debtor left message and sent text about the insurance needed for the creditor on his home | 0.10 | $155.00 | $15.50 |
| Service | KR | 08/14/2025 | Incoming Call: Telephone conference with debtor about the insurance; he will give me a call about his insurance on Tuesday | 0.10 | $155.00 | $15.50 |
| Service | KR | 08/19/2025 | Call Debtor: Called debtor left message; drafted text about the insurance documents needed for the mortgage lender | 0.10 | $155.00 | $15.50 |
| Service | KR | 08/21/2025 | Call Debtor: Called debtor left message; drafted text and email about the insurance documents | 0.10 | $155.00 | $15.50 |

|         |     |            |                                                                                                                                                                                                                                                                                                                                                           |      |          |         |
|---------|-----|------------|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------|----------|---------|
|         |     |            | needed for the mortgage lender                                                                                                                                                                                                                                                                                                                            |      |          |         |
| Service | KR  | 08/22/2025 | Review email from debtor: Reviewed email memo from debtor with a copy of his proof of insurance; merged with client documents; drafted email to debtor requesting a copy of his declaration page                                                                                                                                                          | 0.10 | $155.00  | $15.50  |
| Service | KR  | 08/22/2025 | Drafted email to 21st Mortgage with the proof of insurance per their request                                                                                                                                                                                                                                                                              | 0.10 | $155.00  | $15.50  |
| Service | KR  | 08/22/2025 | Review email from debtor: Reviewed email from debtor with his declaration page for his insurance; drafted email to debtor informing him I will send to the mortgage lender; drafted email to 21st Mortgage with the Declaration attached and advised this goes along with the proof of insurance our office provided earlier                              | 0.10 | $155.00  | $15.50  |
| Service | KR  | 08/22/2025 | Reviewed email from 21st Mortgage confirming the receipt of the Declaration Page they received                                                                                                                                                                                                                                                            | 0.10 | $0.00    | $0.00   |
| Service | KR  | 08/26/2025 | Review email from debtor: Reviewed email from debtor about his divorce; drafted email to debtor informing him that the attorney does not handle divorce cases and the property would have to be determined through the Property Settlement Agreement during the divorce; provided the copy of the letter we mailed on what to do during divorce while in bankruptcy | 0.10 | $155.00  | $15.50  |
| Service | KR  | 08/26/2025 | Review email from debtor: Reviewed email from debtor about receiving land in the divorce; drafted email to debtor informing him that it would be up to the divorce attorney to determine if he can receive any of the land; if he does received the land that we will need to amend the plan to add the property and depending on the value it could impact his case; informed debtor we do need a copy of the PSA once the divorce is filed | 0.10 | $155.00  | $15.50  |
| Service | BB  | 09/03/2025 | Reviewed letter from 21st mortgage requesting proof of home insurance. Drafted email to debtor informing.                                                                                                                                                                                                                                                 | 0.10 | $100.00  | $10.00  |
| Service | JAC | 09/30/2025 | Review: 23-01859-JAW Notice of Mortgage Payment Change                                                                                                                                                                                                                                                                                                    | 0.10 | $360.00  | $36.00  |

Invoice # 8678 - 01/28/2026

|         |     |            |                                                                                                                                                                                              |      |          |         |
|---------|-----|------------|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------|----------|---------|
|         |     |            | Document# 41                                                                                                                                                                                 |      |          |         |
| Service | KR  | 12/11/2025 | Review email from debtor: Reviewed email from debtor with the divorce documents; organized and merged in clio; started drafting the Motion to Lift Stay; called debtor left message; drafted email and text requesting the address for his former spouse | 0.30 | $155.00  | $46.50  |
| Service | KR  | 12/11/2025 | Reviewed email from debtor stating that they are still living together even though they are getting a divorce                                                                                | 0.10 | $0.00    | $0.00   |
| Service | KR  | 12/12/2025 | Draft Notice, Motion & Order: Drafted Motion to Lift Stay due to divorce; drafted email memo to JAC re: review Motion                                                                        | 0.30 | $155.00  | $46.50  |
| Service | JAC | 12/15/2025 | review & approve drafted motion                                                                                                                                                              | 0.10 | $360.00  | $36.00  |
| Service | KR  | 12/15/2025 | Review email from Attorney: Reviewed email memo from JAC re: Motion to Lift Stay for Divorce                                                                                                 | 0.10 | $155.00  | $15.50  |
| Service | KR  | 12/16/2025 | Revised dates on the Motion to Lift Stay; prepared the Motion for upload to Certificate of Service                                                                                           | 0.20 | $0.00    | $0.00   |
| Service | KR  | 12/16/2025 | Drafted email to the Trustee's attorney to review and sign the Agreed Order Lifting the Stay with Limitation due to divorce                                                                  | 0.10 | $155.00  | $15.50  |
| Service | KR  | 12/17/2025 | Reviewed email memo from the Trustee's attorney; revised Proposed Order with all signatures; prepared the Motion for Relief and the Proposed Order for upload to the court                   | 0.20 | $155.00  | $31.00  |
| Service | JAC | 12/18/2025 | Review: 23-01859-JAW Agreed Order on Motion For Relief From Stay Document# 43                                                                                                                | 0.10 | $360.00  | $36.00  |
| Service | BB  | 12/22/2025 | Contact Debtor (Text/Email): Drafted email to debtor providing court document.                                                                                                               | 0.10 | $100.00  | $10.00  |
| Service | BB  | 12/29/2025 | Review email from debtor: Reviewed email from debtor inquiring how the lifted stay works and if he can keep his assets. Drafted email to KR informing.                                       | 0.10 | $100.00  | $10.00  |
| Service | BB  | 12/29/2025 | Contact Debtor (Text/Email): Reviewed email from KR stating she will handle answering the debtors                                                                                            | 0.10 | $100.00  | $10.00  |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | questions and to email the debtor informing him she will contact him. Did so. | | | |
| Service | KR | 12/29/2025 | Review and respond to email memo: Reviewed email memo from BB re: Order on Motion to Lift Stay for Divorce; drafted email memo to BB informing her to let the debtor know the paralegal will reach out | 0.10 | $155.00 | $15.50 |
| Service | KR | 12/30/2025 | Call Debtor: Called debtor left message; drafted email requesting the Order for the Divorce and to verify that the PSA was the correct one | 0.10 | $155.00 | $15.50 |
| Service | KR | 12/30/2025 | Review email from debtor: Reviewed email from debtor stating that the PSA was correct; drafted email to debtor requesting the Order for the Divorce | 0.10 | $155.00 | $15.50 |
| Service | KR | 12/30/2025 | Review email from debtor: Reviewed email from debtor with the Final Decree and the PSA for the divorce; merged into client documents; drafted email memo to JAC re: review Final Decree and PSA for amendments | 0.20 | $0.00 | $0.00 |
| Service | KR | 01/05/2026 | Review email from Attorney: Reviewed email memo from JAC re: PSA; drafted email to the Trustee's office with the Final Judgment and the PSA | 0.10 | $155.00 | $15.50 |
| Service | JAC | 01/06/2026 | Review PSA & Final order of judgment to determine what changes are needed to schedules. Only change will be to supp I/J with current income & adding child support / removing now ex-wife's income. | 0.20 | $360.00 | $72.00 |
| Service | KR | 01/06/2026 | Call Debtor: Reviewed email memo from JAC re: updated expenses and pay; called debtor left message; drafted email to debtor requesting the updated documents and provided a copy of the updated expense sheet to fill out | 0.10 | $155.00 | $15.50 |
| Service | KR | 01/06/2026 | Review email from debtor: Reviewed emails from debtor with his updated income and expenses; converted all jpegs to pdf files; organized and merged into client documents; drafted email memo to JAC re: review updated pay and expenses for supplemental i/j | 0.20 | $155.00 | $31.00 |

Invoice # 8678 - 01/28/2026

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | JAC | 01/07/2026 | Calculate current income and deductions. Prepare schedules I and J based on updated income and expenses. | 0.40 | $360.00 | $144.00 |
| Service | KR | 01/09/2026 | Prepared the supplemental I/J for signing; drafted email to debtor with the supplemental I/J to sign so we can file with the court | 0.20 | $155.00 | $31.00 |
| Service | KR | 01/09/2026 | Received and reviewed the supplemental schedules i/j signed by debtor; prepared the supplemental i/j for upload to the court | 0.20 | $155.00 | $31.00 |
| Service | KR | 01/15/2026 | Incoming Call: Telephone conference with debtor's ex's divorce attorney about the order lifting the stay; drafted email to the divorce attorney with the order | 0.20 | $155.00 | $31.00 |
| Service | TR | 01/20/2026 | Review and revise itemizations | 0.10 | $360.00 | $36.00 |
| Service | KR | 01/21/2026 | Review email from Attorney: Reviewed email memo from JAC re: Motion to Lift Stay; drafted email memo to TR re: Motion to Lift Stay | 0.10 | $0.00 | $0.00 |
| Service | KR | 01/21/2026 | Review email from Attorney: Reviewed email memo from TR re: final Judgment; drafted email memo to TR re: Final Judgment | 0.10 | $0.00 | $0.00 |
| Service | KR | 01/28/2026 | Draft Fee Application and Proposed Order: Reviewed court docket for the previous orders and invoices filed; reviewed the Trustee's website for amount of attorney fees paid; rafted first part of the 4th Application for Compensation and Lodestar using totals from the previous orders, invoices and Trustee's website | 0.30 | $155.00 | $46.50 |
| | | | | **Services Subtotal** | | **$1,087.00** |

### Expenses

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 09/17/2024 | Mailing Expense (certificateofservice.com) | 1.00 | $4.19 | $4.19 |
| Expense | 12/16/2025 | Mailing Expense (certificateofservice.com) | 1.00 | $4.98 | $4.98 |
| Expense | 12/16/2025 | Mailing Expense (certificateofservice.com) | 1.00 | $4.98 | $4.98 |
| Expense | 12/29/2025 | Mailing Expense (certificateofservice.com) | 1.00 | $9.00 | $9.00 |

Invoice # 8678 - 01/28/2026

| | | | | | |
|---|---|---|---|---|---|
| Expense | 01/28/2026 | Estimated Mailing Expense for 4th Application for Compensation (certificateofservice.com) | 1.00 | $22.49 | $22.49 |
| | | | **Expenses Subtotal** | | **$45.64** |

| Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|
| Jennifer Curry Calvillo | Attorney | 1.0 | $360.00 | $360.00 |
| Thomas Rollins | Attorney | 0.1 | $360.00 | $36.00 |
| Thomas Rollins | Attorney | 0.2 | $0.00 | $0.00 |
| Brooke Brueland | Non-Attorney | 0.4 | $100.00 | $40.00 |
| Jacki Curry | Non-Attorney | 0.1 | $155.00 | $15.50 |
| Kerri Rodabough | Non-Attorney | 4.1 | $155.00 | $635.50 |
| Kerri Rodabough | Non-Attorney | 1.3 | $0.00 | $0.00 |
| | | | **Subtotal** | **$1,132.64** |
| | | | **Total** | **$1,132.64** |

# Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 5298 | 10/12/2023 | $2,142.10 | $0.00 | $2,142.10 |
| 5841 | 02/14/2024 | $923.58 | $0.00 | $923.58 |
| 6948 | 10/17/2024 | $371.00 | $0.00 | $371.00 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 8678 | 02/27/2026 | $1,132.64 | $0.00 | $1,132.64 |
| | | | **Outstanding Balance** | **$4,569.32** |
| | | | **Total Amount Outstanding** | **$4,569.32** |

1/28/26, 12:43 PM                                          Cost Estimator

Please fill out the fields below to get an estimate of what your mailing project will cost.

**1** How many PAGES are in the document(s) you intend to upload?  `5`  pages
Our rate is dependant on the number of pages you are intending to upload. Simply look at the page count in your pdf document(s) and input that number of pages in the box at right.

**2** How many parties will be receiving your documents?  `11`  parties
This is another way of asking how many envelopes will we have to stuff?

**3** We will print on both sides of the sheet.  `2`
We print on both sides of the sheet to reduce cost and weight. Printing on only one side of the sheet will quickly increase the cost of the postage incurred.

**4** We will print your documents 1 page per side.  `1`

**Disclaimer & User Agreement:**

```
for postage or volume. If you have a Rush Job or Certified
Mailing Job and need an estimate, please contact us directly at
509 412 1356. We will be happy to provide you with a quote at no
charge. This estimate program assumes you have a Postal
Acknowledgment Form (PAF) on file with us and that you are a
registered user.  If you need to fill out a PAF form in order to
get your discounted postage rate, <a
href="http://www.bkattorneyservices3.com/bkasmailform_020.htm"
target=new>click here.</a>
```

[Get Estimate!]

**Results will output below.**

Print rate charge includes (1) the preparation and printing of the documents for mailing, (2) the preparation and printing of the necessary envelopes for the mailing, (3) the folding and insertion of the documents into the envelope, (4) the sealing of the envelope, (5) the affixing of the proper first class postage on the envelope, (6) pre-sorting the envelopes for delivery to the USPS - Business Mail Entry Unit, and (7) the preparation and electronic delivery of our proof of service document for filing on Pacer/ECF.

32.5

| | |
|---|---|
| Date and Time: | Wed Jan 28 2026 12:43:04 GMT-0600 (Central Standard Time) |
| Total Pages to Print: | 65 |
| Sheets Per Envelope | 2.5 |
| First Class Postage Rate | $ 0.78 |
| Print Rate: | $ 0.19 |
| Printing Cost: | $                                                           12.35 |
| Postage Cost: | $                                                           10.14 |
| Total Cost: | $                                              22.490000000000002 |

[Print This Estimate]

(C) 2020 CERTIFICATEOFSERVICE.COM. ALL RIGHTS RESERVED