**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE: Winshon Marquet Jackson  Case No. 23-01859-JAW
, Debtor  CHAPTER 13

### FOURTH ACCOUNTING OF ATTORNEY'S FEES EXHIBIT B

| Attorney's Fees | Expenses | Total Fees/Expenses | Docket # | Date of Order |
|---:|---:|---:|---|---|
| $2,125.00 | $17.10 | $2,142.10 | 23 | 10/11/2023 |
| $892.50 | $31.08 | $923.58 | 34 | 1/16/2024 |
| $371.00 | $0.00 | $371.00 | 38 | 9/19/2024 |
| $1,087.00 | $45.64 | $1,132.64 | n/a | n/a |
| $4,475.50 | $93.82 | $4,569.32 | | |



# INVOICE

Invoice # 5298
Date: 09/12/2023
Due On: 10/12/2023

## The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236
United States

Winshon Marquet Jackson
1009 Wheeler Lane
Hazlehurst, MS 39083

### 04971-Jackson Winshon Marquet

### Ch13 Winshon

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| Service | JAC | 07/19/2023 | Review Credit Report | 0.10 | $350.00 | $35.00 |
| Service | KR | 07/19/2023 | Contact Debtor: Drafted email to debtors with their credit report to review | 0.10 | $150.00 | $15.00 |
| Service | KR | 07/19/2023 | Contact Debtor: Telephone conference with debtor regarding dropping of his packet | 0.10 | $150.00 | $15.00 |
| Service | KR | 07/20/2023 | Contact Debtor: Telephone conference with debtor; she reviewed her credit report and would like to speak to the consultant that she spoke with about filing; Drafted email memo to GM re: filing question | 0.10 | $150.00 | $15.00 |
| Service | JC | 07/21/2023 | Telephone call from debtor regarding dropping off documents for filing bankrutpcy | 0.10 | $150.00 | $15.00 |
| Service | BM | 07/28/2023 | reviewed packet, bank statements, pay stubs, tax returns | 0.20 | $100.00 | $20.00 |
| Service | KR | 07/28/2023 | Contact Debtor: Telephone conference with debtor's wife; confirming the list of documents requested and to verify she was not included in the filing of the bankruptcy | 0.10 | $150.00 | $15.00 |
| Service | BM | 07/31/2023 | reviewed email from client re: information for packet | 0.10 | $100.00 | $10.00 |
| Service | BM | 07/31/2023 | reviewed and organized pay stubs and bank statements | 0.20 | $100.00 | $20.00 |
| Service | JAC | 08/04/2023 | Input Case - prepare petition, research | 0.30 | $350.00 | $105.00 |

Invoice # 5298 - 09/12/2023

|  |  |  | social security number on PACER, review and select debts to import from CR, add debts in GIP not on CR |  |  |  |
|---|---|---|---|---|---|---|
| Service | JAC | 08/04/2023 | Prepare matrix for debtor to review | 0.10 | $350.00 | $35.00 |
| Service | KR | 08/07/2023 | Contact Debtor: Drafted email to debtor with the Matrix to review | 0.10 | $150.00 | $15.00 |
| Service | KR | 08/07/2023 | Contact Debtor: Called debtor unable to leave a message; drafted email with missing documents and information needed to complete the process; drafted text to contact us with any questions | 0.20 | $150.00 | $30.00 |
| Service | KR | 08/07/2023 | Contact Debtor: Telephone conference with debtor about the missing information and documents needed to continue process; explained why we needed his wife's information even though she is not filing; he will email me the documents and information needed. | 0.20 | $150.00 | $30.00 |
| Service | KR | 08/07/2023 | Review email from debtor: Reviewed email from debtor with the current ID and the updated information needed; Edited the information in the general information packet needed; telephone conference with debtor with the amount of the expenses for the household | 0.30 | $150.00 | $45.00 |
| Service | KR | 08/08/2023 | Review email from debtor: Reviewed email from debtor's wife; wanting to make sure she is not filing; drafted email to debtor's wife letting her know that we are not including her in this bankruptcy; we pulled her credit since the intentions at the beginning were joint filing then she had changed her mine; we asked for her employer information and her monthly debt in her name due to the fact of household income. | 0.20 | $150.00 | $30.00 |
| Service | JAC | 08/08/2023 | Input Case - prepare schedules, SOFA. Calculate income for MT, I. Calculate plan payment (with options to keep house & car, or surrender one or both) | 0.70 | $350.00 | $245.00 |
| Service | JAC | 08/08/2023 | Draft email to ∆ with bankruptcy options | 0.20 | $350.00 | $70.00 |
| Service | KR | 08/08/2023 | Review email from debtor: Reviewed email from debtor stating he would like to file a Chapter 13 option 1 | 0.10 | $150.00 | $15.00 |
| Service | JAC | 08/14/2023 | Prepare SIgning DOcs | 0.20 | $350.00 | $70.00 |
| Service | TR | 08/15/2023 | Conference w/ client to review and sign | 0.50 | $350.00 | $175.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | initial papers | | | |
| Service | JAC | 08/15/2023 | Prepare final version of bankruptcy papers to send to debtor to review & sign | 0.10 | $350.00 | $35.00 |
| Service | TR | 08/16/2023 | Review: 23-01859-JAW Meeting of Creditors Chapter 13 Document# 9 | 0.20 | $350.00 | $70.00 |
| Service | KR | 08/16/2023 | Contact Debtor: Drafted email to debtor with the plan payment information on his bankruptcy with additional information on what to do and expect after filing a chapter 13 | 0.10 | $150.00 | $15.00 |
| Service | TR | 08/16/2023 | Review: 23-01859-JAW Order Upon Employer Directing Deductions from Pay Document #10 | 0.10 | $350.00 | $35.00 |
| Service | JAC | 08/17/2023 | Prepare notice of filing plan, review plan to determine creditors in 3.2/3.4, research registered agents for notice | 0.30 | $350.00 | $105.00 |
| Expense | KC | 08/17/2023 | Reimbursable expenses: Mailing Expense (certificateofservice.com) | 1.00 | $17.10 | $17.10 |
| Service | KR | 08/22/2023 | Review and organize documents provided by debtor: Reviewed and organized the pay, bank statements for 4 accounts, ID and taxes for the Trustee for the Meeting of Creditors | 0.40 | $150.00 | $60.00 |
| Service | KR | 08/22/2023 | Review and organize documents provided by debtor: Reviewed and prepared all bank statements, taxes, ID and pay for the Meeting of creditors; drafted email to the Trustee's office all documents requested for the meeting of creditors | 0.20 | $150.00 | $30.00 |
| Service | KR | 08/22/2023 | CPA - Prepare and file certificate of compliance re: payment advices sent to Trustee: Drafted Certificate of Compliance - Payment Advices Filed with Trustee | 0.10 | $150.00 | $15.00 |
| Service | TR | 08/23/2023 | Review: Proof of Claim 23-01859-JAW 21st Mortgage Corporation Document # 1 | 0.10 | $350.00 | $35.00 |
| Service | TR | 08/23/2023 | Review: 23-01859-JAW Objection to Confirmation of the Plan Document# 16 | 0.10 | $350.00 | $35.00 |
| Service | TR | 08/23/2023 | Draft email to Ed Lawler re: Obj to Conf | 0.10 | $350.00 | $35.00 |
| Service | TR | 08/24/2023 | Review email from Ed Lawler - review file and draft response | 0.20 | $350.00 | $70.00 |
| Service | TR | 08/28/2023 | Review file - attempt to call ∆ to discuss objection and value of MH - Voicemail full - tasking staff to schedule a time to speak to me | 0.10 | $350.00 | $35.00 |

Invoice # 5298 - 09/12/2023

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | TR | 08/28/2023 | Telephone conference w/ client to discuss MH - whether to pay value or maintain and cure. - options weighed - he wants time to think about it and will let me know | 0.30 | $350.00 | $105.00 |
| Service | TR | 08/30/2023 | Review: Proof of Claim 23-01859-JAW LVNV Funding, LLC Document # 2 | 0.10 | $350.00 | $35.00 |
| Service | TR | 08/30/2023 | Review: Proof of Claim 23-01859-JAW T Mobile/T-Mobile USA Inc Document # 3 | 0.10 | $350.00 | $35.00 |
| Service | TR | 09/06/2023 | Review file re: MH value objection - telephone conference w/ client to discuss - draft email to Ed Lawler with clients decision | 0.30 | $350.00 | $105.00 |
| Service | TR | 09/06/2023 | Review and sign AO on objection to confirmation via email | 0.10 | $350.00 | $35.00 |
| Service | TR | 09/08/2023 | Review: 23-01859-JAW Order on Objection to Confirmation Document #17 | 0.10 | $350.00 | $35.00 |
| Service | TR | 09/08/2023 | Review: Proof of Claim 23-01859-JAW World Finance Co. c/o World Acceptance Corp. Document # 5 | 0.10 | $350.00 | $35.00 |
| Service | TR | 09/08/2023 | Review: Proof of Claim 23-01859-JAW Exeter Finance LLC Document # 6 | 0.10 | $350.00 | $35.00 |
| Service | TR | 09/08/2023 | Review: Proof of Claim 23-01859-JAW MDG USA Inc Document # 4 | 0.10 | $350.00 | $35.00 |
| Service | TR | 09/12/2023 | Review and revise itemizations | 0.20 | $350.00 | $70.00 |

| Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|
| Jennifer Curry Calvillo | Attorney | 2.0 | $350.00 | $700.00 |
| Thomas Rollins | Attorney | 2.9 | $350.00 | $1,015.00 |
| Jacki Curry | Non-Attorney | 0.1 | $150.00 | $15.00 |
| Breanne McDaniel | Non-Attorney | 0.5 | $100.00 | $50.00 |
| Kerri Rodabough | Non-Attorney | 2.3 | $150.00 | $345.00 |
| | | | Total | $2,142.10 |

## Detailed Statement of Account

**Current Invoice**

Page 4 of 5

Invoice # 5298 - 09/12/2023

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 5298 | 10/12/2023 | $2,142.10 | $0.00 | $2,142.10 |
| | | | **Outstanding Balance** | **$2,142.10** |
| | | | **Total Amount Outstanding** | **$2,142.10** |

Please make all amounts payable to: The Rollins Law Firm, PLLC

Please pay within 30 days.



# INVOICE

Invoice # 5841
Date: 01/15/2024
Due On: 02/14/2024

## The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236
United States

Winshon Marquet Jackson
1009 Wheeler Lane
Hazlehurst, MS 39083

### 04971-Jackson Winshon Marquet

### Ch13 Winshon

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
| --- | --- | --- | --- | --- | --- | --- |
| Service | TR | 09/12/2023 | Draft Fee Application | 0.30 | $350.00 | $105.00 |
| Expense | BB | 09/13/2023 | Reimbursable expenses: Mailing Expense (certificateofservice.com) | 1.00 | $31.08 | $31.08 |
| Service | TR | 09/13/2023 | Review COS, attach to motion, file w/ court - cm/ecf working slowly | 0.20 | $350.00 | $70.00 |
| Service | TR | 09/15/2023 | Review: 23-01859-JAW Amended Order Upon Employer Directing Deductions from Pay Document #19 | 0.10 | $350.00 | $35.00 |
| Service | TR | 09/19/2023 | Attend 341 | 0.30 | $350.00 | $105.00 |
| Service | TR | 10/04/2023 | Review: Proof of Claim 23-01859-JAW Affirm, Inc. Document # 7 | 0.10 | $350.00 | $35.00 |
| Service | TR | 10/04/2023 | Review docket for confirmation | 0.10 | $350.00 | $35.00 |
| Service | TR | 10/12/2023 | Review: 23-01859-JAW Order on Application for Compensation Document #23 | 0.10 | $350.00 | $35.00 |
| Service | TR | 10/12/2023 | Review: Proof of Claim 23-01859-JAW LVNV Funding, LLC Document # 8 | 0.10 | $350.00 | $35.00 |
| Service | TR | 10/13/2023 | Review: Proof of Claim 23-01859-JAW Tower Loan of Mississippi, LLC Document # 9 | 0.10 | $350.00 | $35.00 |
| Service | TR | 10/25/2023 | Review claims register and compare to the Plan to determine if additional claims are | 0.10 | $350.00 | $35.00 |

Invoice # 5841 - 01/15/2024

|         |    |            |                                                                                                                                                                                                                                                              |      |          |         |
|---------|----|------------|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------|----------|---------|
|         |    |            | needed - none needed                                                                                                                                                                                                                                         |      |          |         |
| Service | TR | 10/26/2023 | Review: 23-01859-JAW Amended Order Upon Employer Directing Deductions from Pay Document #25                                                                                                                                                                  | 0.10 | $350.00  | $35.00  |
| Service | TR | 10/26/2023 | Review: 23-01859-JAW Order Confirming Chapter 13 Plan Document #26                                                                                                                                                                                           | 0.10 | $350.00  | $35.00  |
| Service | TR | 11/04/2023 | Review: 23-01859-JAW Notice of Requirement to Complete Course in Financial Management (ADI) Document# 30                                                                                                                                                     | 0.10 | $350.00  | $35.00  |
| Service | TR | 11/10/2023 | Review: 23-01859-JAW Personal Financial Management Course (Certificate) Document# 32                                                                                                                                                                         | 0.10 | $350.00  | $35.00  |
| Service | BB | 12/19/2023 | Contact Debtor: Phone conference with debtor wife requesting for the vehicle in her name to be added to her husbands name. Informed debtor I would get in touch with their paralegal and we will get back to them. Phone conference with kr about the issue. Created task for kr. | 0.30 | $100.00  | $30.00  |
| Service | KR | 12/19/2023 | Contact Debtor: Telephone conference with debtor; stated that the GMC Terrain that he co-signed for is affecting the credit of his wife; he wanted to know if he could refinance the car in just his name; the creditor told him that if she pays $3000 to catch up the delinquency it will not affect her credit; he would like to know what to do. | 0.10 | $150.00  | $15.00  |
| Service | KR | 12/19/2023 | Drafted email memo to TR re: GMC Terrain                                                                                                                                                                                                                     | 0.10 | $150.00  | $15.00  |
| Service | TR | 12/20/2023 | Telephone call w/ client to discuss cosigners treatment in bankruptcy and how her credit is being effected - went over options to sell the car                                                                                                                | 0.20 | $350.00  | $70.00  |
| Service | KR | 12/20/2023 | Review email from Attorney: Reviewed email memo from TR re: GMC Terrain                                                                                                                                                                                      | 0.10 | $150.00  | $15.00  |
| Service | KR | 01/04/2024 | Contact Debtor: Reviewed message from debtor requesting a call about questions he has.                                                                                                                                                                       | 0.10 | $155.00  | $15.50  |
| Service | KR | 01/05/2024 | Contact Debtor: Called debtor about the questions he had on his plan; could not leave a message; drafted text to debtor asking him to return my call so we can go over any questions he has                                                                  | 0.10 | $155.00  | $15.50  |
| Service | KR | 01/09/2024 | Contact Debtor: Telephone conference with debtor; stated that he wanted to know if they surrender the vehicle would it affect                                                                                                                                | 0.10 | $155.00  | $15.50  |

Invoice # 5841 - 01/15/2024

|   |   |   |   |   |   |   |
|---|---|---|---|---|---|---|
|   |   |   | his wife's credit; explained that it would affect it the only way it would not affect it would be the option that the attorney provided. |   |   |   |
| Service | TR | 01/15/2024 | Review and revise itemizations | 0.10 | $360.00 | $36.00 |

| Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|
| Thomas Rollins | Attorney | 0.1 | $360.00 | $36.00 |
| Thomas Rollins | Attorney | 2.1 | $350.00 | $735.00 |
| Brooke Brueland | Non-Attorney | 0.3 | $100.00 | $30.00 |
| Kerri Rodabough | Non-Attorney | 0.3 | $155.00 | $46.50 |
| Kerri Rodabough | Non-Attorney | 0.3 | $150.00 | $45.00 |
|   |   |   | **Total** | **$923.58** |

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 5298 | 10/12/2023 | $2,142.10 | $0.00 | $2,142.10 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 5841 | 02/14/2024 | $923.58 | $0.00 | $923.58 |
|   |   |   | **Outstanding Balance** | **$3,065.68** |
|   |   |   | **Total Amount Outstanding** | **$3,065.68** |

Please make all amounts payable to: The Rollins Law Firm, PLLC

Please pay within 30 days.



# INVOICE

Invoice # 6948
Date: 09/17/2024
Due On: 10/17/2024

## The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236
United States

Winshon Marquet Jackson

### 04971-Jackson Winshon Marquet

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
| --- | --- | --- | --- | --- | --- | --- |
| Service | TR | 01/15/2024 | Draft fee application and proposed order | 0.30 | $360.00 | $108.00 |
| Service | KR | 01/15/2024 | Reviewed and prepared the Motion for the 2nd Application for Compensation, the Proposed Order and the Invoice for upload to the court | 0.10 | $155.00 | $15.50 |
| Service | TR | 01/19/2024 | Review: 23-01859-JAW Order on Application for Compensation Document #34 | 0.10 | $360.00 | $36.00 |
| Service | KR | 06/13/2024 | Call Debtor: Reviewed letter from 21st Mortgage Company requesting a copy of the Declaration Page and the invoice from his homeowners so they can pay it from the escrow | 0.20 | $155.00 | $31.00 |
| Service | KR | 06/13/2024 | Incoming Call: Telephone conference with debtor; explained that 21st Mortgage has requested his insurance documents so they can pay the amount from his escrow; he will look through his safe and email me a copy | 0.10 | $155.00 | $15.50 |
| Service | KR | 06/17/2024 | Contact Debtor (Text/Email): Drafted email to debtor requesting an update to see if he has the insurance information per the mortgage company so they can pay it from the escrow account | 0.10 | $155.00 | $15.50 |
| Service | KR | 06/20/2024 | Review email from debtor: Reviewed email from debtor with the jpegs of his insurance; converted jpeg files to pdf files; merged with his client documents; drafted email to debtor requesting the full page of page 2 since it was cut off | 0.10 | $155.00 | $15.50 |
| Service | KR | 06/27/2024 | Call Debtor: Called debtor left message; | 0.10 | $155.00 | $15.50 |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  |  |  | drafted email about the 2nd page of the insurance document needed for the mortgage company |  |  |  |
| Service | KR | 07/05/2024 | Contact Debtor (Text/Email): Reviewed email from debtor with the missing insurance page; merged with the existing insurance; drafted email to 21st Mortgage with the declaration page so they can pay the amount from the escrow account | 0.20 | $155.00 | $31.00 |
| Service | KR | 07/05/2024 | Reviewed email from 21st Mortgage stating they received the insurance documents and will be reviewed | 0.10 | $155.00 | $15.50 |
| Service | TR | 07/11/2024 | Review: 23-01859-JAW Notice of Mortgage Payment Change Document# 36 | 0.10 | $360.00 | $36.00 |
| Service | TR | 09/16/2024 | Review and revise itemizations | 0.10 | $360.00 | $36.00 |

| Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|
| Thomas Rollins | Attorney | 0.6 | $360.00 | $216.00 |
| Kerri Rodabough | Non-Attorney | 1.0 | $155.00 | $155.00 |
|  |  |  | Subtotal | $371.00 |
|  |  |  | Total | $371.00 |

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 5298 | 10/12/2023 | $2,142.10 | $0.00 | $2,142.10 |
| 5841 | 02/14/2024 | $923.58 | $0.00 | $923.58 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 6948 | 10/17/2024 | $371.00 | $0.00 | $371.00 |
|  |  |  | Outstanding Balance | $3,436.68 |
|  |  |  | Total Amount Outstanding | $3,436.68 |