

**SO ORDERED,**

Judge Jamie A. Wilson
United States Bankruptcy Judge
Date Signed: April 9, 2026

**The Order of the Court is set forth below. The docket reflects the date entered.**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:     **Winshon Marquet Jackson**        **Case No. 23-01859-JAW**
        **, Debtor**                                        **CHAPTER 13**

### ORDER GRANTING FOURTH APPLICATION FOR ALLOWANCE OF
### COMPENSATION AND REIMBURSEMENT OF NECESSARY EXPENSES
### FOR THOMAS C. ROLLINS, JR.

THIS CAUSE having come on for consideration of the Fourth Application for Allowance of Compensation and Reimbursement of Necessary Expenses for Thomas C. Rollins, Jr. [DK #___46___] (the "Application") filed herein by counsel for the Debtor, the Court hereby orders as follows, to-wit:

IT IS THEREFORE ORDERED that Thomas C. Rollins, Jr. is awarded Attorney's fees in the amount of $,1087.00 and expenses in the amount of $45.64 for a total of $1,132.64. The Trustee shall disburse an additional $1,132.64 to Thomas C. Rollins, Jr. as an administrative expense. The Trustee may adjust the wage order as necessary. The fee awards approved herein are approved on an interim basis, subject to a final fee application at the conclusion of this case, when all fees, including those awarded on an interim basis, shall be subject to final review.

##END OF ORDER##

SUBMITTED BY:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr., (MSBN103469)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601)500-5533