# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:    **Winshon Marquet Jackson, Debtor**                    **Case No. 23-01859-JAW**
                                                                                            **CHAPTER 13**

## ORDER ON MOTION TO APPROVE PROPOERTY SETTLEMENT AGREEMENT

On the Motion to Approve Property Settlement Agreement (Dk # ___) filed by the

Debtor, the Court having considered same, finds that that the relief requested is appropriate

under the facts and the law.

**IT IS THEREFORE ORDERED** that the property settlement agreement provided for in

the motion is approved for entry by the Copiah County Chancery Court.

### ## END OF ORDER ##

Approved and Prepared by:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533