**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE:**   **Winshon Marquet Jackson, Debtor**          **Case No. 23-01859-JAW**
                                                                                            **CHAPTER 13**


AMENDED CERTIFICATE OF SERVICE


I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the Motion to Approve Property Settlement Agreement was uploaded on June 9, 2026 to CM/ECF.  The case trustee and U.S. Trustee will receive electronic notice from CM/ECF because they are registered to receive notices in this case.

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:    **Winshon Marquet Jackson, Debtor**          **Case No. 23-01859-JAW**
                                                                                          **CHAPTER 13**

## <u>MOTION TO APPROVE PROPERTY SETTLEMENT AGREEMENT</u>

COMES NOW, the above-named Debtor, and requests that this court enter an Order approving a property settlement agreement.

I.

Debtor(s) commenced this case by filing a voluntary petition for relief under Chapter 13 of Title 11 of the United States Bankruptcy Code.

II.

A Joint Complaint for Divorce – Irreconcilable Differences incorporating and approving the Property Settlement Agreement has already been entered by the Chancery Court of Copiah County, Mississippi without the knowledge of The Rollins Law Firm.

III.

The Debtor now weeks approval of the Property Settlement Agreement to ensure that the terms of the Agreement are properly disclosed and approved by this Court.

IV.

A property settlement agreement is attached as Exhibit "A".

1. The real property located at 1009 Wheeler Lane, Hazlehurst, MS 39803, is awarded to Karen Jones.

2. The marital home, a 2021 Capparet mobile home, which is being paid through the plan is awarded to the Winshon Marquet Jackson, debtor herein and shall have one year to move it to another location. If, after one year the mobile home is not moved,

Karen Jones shall sell the mobile home and moved from her property, under the terms of the Agreement.

3. The personal property they purchased during the marriage and anything purchased together will be divided between the parties.

4. The 2015 GMC Terrain, which is being paid through the plan, is awarded to Winshon Marquet Jackson, debtor herein, under the terms of the Agreement.

5. Winshon Marquet Jackson is solely responsible for debts in his name only.

WHEREFORE, Debtor prays for an Order approving the Property Settlement Agreement.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)

Of Counsel:
Thomas C. Rollins, Jr.
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533