**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:

      **WINSHON MARQUET JACKSON**           **CASE NO. 23-01859-JAW**

      **DEBTOR.**                        **CHAPTER 13**

To:    **Thomas Carl Rollins, Jr, Esq.**

<u>**Notice of Deficiency**</u>

The Motion to Approve Property Settlement Agreement ("Motion") (Dkt. #51) filed on behalf of Debtor Winshon Marquet Jackson (the "Movant") on June 3, 2026 is defective for the following reason:

- The Motion does not include a notice informing the affected parties that they have 21 days to file an objection with the court.

**Notice is hereby given** that the Movant must give proper notice to the affected parties and file the Notice with a certificate of service with the court **on or before June 30, 2026**. Failure to comply with this notice may result in a Show Cause Hearing or an order **dismissing** the Motion without further notice.

Date: June 16, 2026

                             Danny L. Miller
                             *Clerk of Court*

                             By: <u>/s/Alexis Bradley</u>
                                  Thad Cochran U. S. Courthouse
                                  501 E. Court St., Ste. 2.300
                                  Jackson, MS 39201
                                  601-608-4600