**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:   **Winshon Marquet Jackson**                          **Case No. 23-01859-JAW**
**, Debtors**                                                              **CHAPTER 13**

## NOTICE

Debtors have filed papers with the court to approve a property settlement agreement. **Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to amend the Plan, or if you want the court to consider your views on the Motion, then on or before 21 days, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Thad Cochran United States Courthouse
501 E. Court St., Ste 2.300
Jackson, MS 39201

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.

You must also mail a copy to the debtors' attorney:

The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall approve the Motion.

Date: June 16, 2026                    Signature:   /s/ Thomas C. Rollins, Jr.
                                                              Thomas C. Rollins, Jr. (MSBN 103469)
                                                              Jennifer Ann Curry Calvillo (MSBN 104367)
                                                              The Rollins Law Firm, PLLC
                                                              P.O. Box 13767
                                                              Jackson, MS 39236

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:    **Winshon Marquet Jackson, Debtor**          **Case No. 23-01859-JAW**
                                                                                                **CHAPTER 13**

## MOTION TO APPROVE PROPERTY SETTLEMENT AGREEMENT

COMES NOW, the above-named Debtor, and requests that this court enter an Order approving a property settlement agreement.

I.

Debtor(s) commenced this case by filing a voluntary petition for relief under Chapter 13 of Title 11 of the United States Bankruptcy Code.

II.

A Joint Complaint for Divorce – Irreconcilable Differences incorporating and approving the Property Settlement Agreement has already been entered by the Chancery Court of Copiah County, Mississippi without the knowledge of The Rollins Law Firm.

III.

The Debtor now weeks approval of the Property Settlement Agreement to ensure that the terms of the Agreement are properly disclosed and approved by this Court.

IV.

A property settlement agreement is attached as Exhibit "A".

1. The real property located at 1009 Wheeler Lane, Hazlehurst, MS 39803, is awarded to Karen Jones.

2. The marital home, a 2021 Capparet mobile home, which is being paid through the plan is awarded to the Winshon Marquet Jackson, debtor herein and shall have one year to move it to another location. If, after one year the mobile home is not moved,

Karen Jones shall sell the mobile home and moved from her property, under the terms of the Agreement.

3. The personal property they purchased during the marriage and anything purchased together will be divided between the parties.

4. The 2015 GMC Terrain, which is being paid through the plan, is awarded to Winshon Marquet Jackson, debtor herein, under the terms of the Agreement.

5. Winshon Marquet Jackson is solely responsible for debts in his name only.

WHEREFORE, Debtor prays for an Order approving the Property Settlement Agreement.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)

Of Counsel:
Thomas C. Rollins, Jr.
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

WINSHON MARQUET JACKSON

CASE NO: 23-01859

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 13

On 6/16/2026, I did cause a copy of the following documents, described below,

Notice and Motion

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 6/16/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

WINSHON MARQUET JACKSON

CASE NO: 23-01859

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 13

On 6/16/2026, a copy of the following documents, described below,

Notice and Motion

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 6/16/2026

*Victoria Blake*

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 23-01859
SOUTHERN DISTRICT OF MISSISSIPPI
TUE JUN 16 9-29-25 PST 2026

21ST MORTGAGE CORPORATION
CO EDWARD E LAWLER  JR
POB 2488
RIDGELAND  MS 39158-2488

EXETER FINANCE LLC  CO AIS PORTFOLIO SERVIC
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY  OK 73118-7901

EXCLUDE

US BANKRUPTCY COURT
THAD COCHRAN US COURTHOUSE
501 E COURT STREET
SUITE 2300
JACKSON  MS 39201-5036

(P)21ST MORTGAGE CORPORATION
PO BOX 477
KNOXVILLE TN 37901-0477

EXCLUDE

(D)(P)21ST MORTGAGE CORPORATION
PO BOX 477
KNOXVILLE TN 37901-0477

AFFIRM  INC
ATTN BANKRUPTCY
650 CALIFORNIA ST
FL 12
SAN FRANCISCO  CA 94108-2716

AFFIRM  INC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE  SC 29603-0587

CAPITAL BANK NA
2275 RESEARCH BLVD
STE 600
ROCKVILLE  MD 20850-6238

CREDIT ONE BANK
ATTN BANKRUPTCY
6801 CIMARRON RD
LAS VEGAS  NV 89113-2273

(P)EXETER FINANCE  LLC
NANNETTE ALAMILLA
2101 W JOHN CARPENTER FWY
IRVING TX 75063-3228

EXETER FINANCE LLC
CO AIS PORTFOLIO SERVICES  LLC
4515 N SANTA FE AVE  DEPT APS
OKLAHOMA CITY  OK 73118-7901

KAREN JONES
1009 WHEELER LN
HAZLEHURST  MS 39083-8991

LVNV FUNDING  LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE  SC 29603-0587

MDG US
3422 OLD CAPITAL TRAIL
PMB 1993
WILMINGTON  DE 19808-6124

MDG USA INC
3422 OLD CAPITOL TRAIL PMB 1993
WILMINGTON  DE 19808-6124

MNGH  LLC
ATTN  BANKRUPTCY
5401 W KENNEDY BLVD
1030
TAMPA  FL 33609-2450

OPEN SKY
PO BOX 183258
COLUMBUS  OH 43218-3258

T MOBILETMOBILE USA INC
BY AMERICAN INFOSOURCE AS AGENT
4515 N SANTA FE AVE
OKLAHOMA CITY  OK 73118-7901

(P)TOWER LOAN
P O BOX 320001
FLOWOOD MS 39232-0001

TOWER LOAN OF MISSISSIPPI  LLC
PO BOX 320001
FLOWOOD  MS 39232-0001

EXCLUDE

UNITED STATES TRUSTEE
501 EAST COURT STREET
SUITE 6 430
JACKSON  MS 39201-5022

VERIZON WIRELESS
3 VERIZON PLACE
ALPHARETTA  GA 30004-8510

WORLD FINANCE
PO BOX 6429
GREENVILLE  SC 29606-6429

EXCLUDE

EXCLUDE

WORLD FINANCE COMPANY OF MISSISSIPPI LLC
WORLD ACCEPTANCE CORPORATION
ATTN BANKRUPTCY
PO BOX 6429
GREENVILLE  SC 29606-6429

HAROLD J BARKLEY JR
PO BOX 4476
JACKSON  MS 39296-4476

THOMAS CARL ROLLINS JR
THE ROLLINS LAW FIRM  PLLC
PO BOX 13767
JACKSON  MS 39236-3767

DEBTOR

WINSHON MARQUET JACKSON
1009 WHEELER LN
HAZLEHURST  MS 39083-8991