United States Bankruptcy Court

Southern District of Mississippi

In re:                                                                                          Case No. 23-01859-JAW

Winshon Marquet Jackson                                                          Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0538-3 | User: mssbad | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Jun 16, 2026 | Form ID: pdf012 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 18, 2026:**

**Recip ID**     **Recipient Name and Address**
db     + Winshon Marquet Jackson, 1009 Wheeler Ln, Hazlehurst, MS 39083-8991

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 18, 2026     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 16, 2026 at the address(es) listed below:**

**Name**     **Email Address**

Edward E. Lawler, Jr.
     on behalf of Creditor 21st Mortgage Corporation elawler@mckaylawler.com  kfriday@mckaylawler.com

Harold J. Barkley, Jr.
     HJB@HBarkley13.com  hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com

Thomas Carl Rollins, Jr
     on behalf of Debtor Winshon Marquet Jackson trollins@therollinsfirm.com
jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee
     USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 4

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:

    **WINSHON MARQUET JACKSON**          **CASE NO. 23-01859-JAW**


    **DEBTOR.**                      **CHAPTER 13**

To:    **Thomas Carl Rollins, Jr, Esq.**

<u>**Notice of Deficiency**</u>

The Motion to Approve Property Settlement Agreement ("Motion") (Dkt. #51) filed on behalf of Debtor Winshon Marquet Jackson (the "Movant") on June 3, 2026 is defective for the following reason:

- The Motion  does not include a notice informing the affected parties that they have 21 days to file an objection with the court.

**Notice is hereby given** that the Movant must give proper notice to the affected parties and file the Notice with a certificate of service with the court **on or before June 30, 2026**.  Failure to comply with this notice may result in a Show Cause Hearing or an order **dismissing** the Motion without further notice.

Date:  June 16, 2026               Danny L. Miller
                                     *Clerk of Court*

                               By:  <u>/s/Alexis Bradley</u>
                                      Thad Cochran U. S. Courthouse
                                      501 E. Court St., Ste. 2.300
                                      Jackson, MS 39201
                                        601-608-4600