**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:                                                          **CASE NUMBER 23-01859-JAW**
**WINSHON MARQUET JACKSON**

### RESPONSE TO DEBTOR'S MOTION TO
### APPROVE PROPERTY SETTLEMENT AGREEMENT

**COMES NOW**, 21st Mortgage Corporation ("21st Mortgage"), by and through counsel, and responds to Debtors' Motion to Approve Settlement Agreement ("Motion") [Dkt # 51] as follows:

1.       The allegations set forth and contained in Paragraph 1 of the Motion are admitted.

2.       21st Mortgage is without sufficient information concerning the allegations set forth in Paragraph 2 of the Motion therefore denies.

3.       21st Mortgage is without sufficient information concerning the allegations set forth in Paragraph 3 of the Motion therefore denies.

4.       21st Mortgage is without sufficient information concerning the allegations set forth in Paragraph 4 of the Motion therefore denies.

5.       The allegations set forth and contained in the last unnumbered paragraph beginning "Wherefore, Debtor prays...." of the Motion are denied.

6.       Other grounds to be assigned at a hearing herein.

### AFFIRMATIVE DEFENSES

7.       On June 8, 2021, Winshon M. Jackson, Debtor, executed a Consumer Loan Note, Security Agreement and Disclosure Statement ("Note").  The Note is secured by a lien on the 2021 Cappaert Manufactured Home which is the subject of the Debtor's Motion.  The Note provides in relevant part that the Debtor "will not move the Manufactured Home without Lender's prior written consent". 21st Mortgage does not waive this requirement under the Note and the Property Settlement Agreement cannot and refuses to modify the contractual obligations of the Debtor to 21st Mortgage.

A true and correct copy of the Note is attached hereto and marked Exhibit "A".

**WHEREFORE, PREMISES CONSIDERED**, 21st Mortgage Corporation prays that Debtor's Motion to Approve Settlement Agreement be denied. 21st Mortgage requests the Court grant such other relief as is necessary under the circumstances.

**DATED:** July 6, 2026.

Respectfully submitted,

21st Mortgage Corporation

By: _____
Edward E. Lawler, Jr.
Its Attorney

Edward E. Lawler, Jr., MSB No. 1095
Lawler Foreman PLLC
Post Office Box 2488
Ridgeland, MS 39158-2488
Telephone (601) 572-8778
Telefax (601) 572-8440
Email: elawler@lawlerforeman.com

## CERTIFICATE OF SERVICE

I served a copy of the foregoing Response to Debtor's Motion to Approve Settlement Agreement upon the following individuals:

Thomas Carl Rollins, Jr.
The Rollins Law Firm, PLLC
Post Office Box 13767
Jackson, MS 39236

Harold J. Barkley, Jr.
Southern District of Mississippi
Post Office Box 4476
Jackson, MS 39296-4476

United States Trustee
501 East Court Street, Suite 6-430
Jackson, MS 39201

by United States mail, postage prepaid, or by electronic notice, on July 6, 2026.

_____
Edward E. Lawler, Jr.