MSSB-7007.1-Bk (11/23)

**United States Bankruptcy Court**
**Southern District of Mississippi**

In re:  _____          Case No.: _____

_____
*Debtor(s)*                                          Chapter: ____

**Corporate Ownership Statement**

Pursuant to Federal Rules Bankruptcy Procedure and Mississippi Bankruptcy Local Rules,

_____, a
[Name of Corporate Party]

**[Check One]**

☐ Party to a contested matter **Miss. Bankr. L.R. 9014-1(c)**

☐ Corporate Debtor **FRBP 1007(a)(1)**

☐ Corporate Petitioner of an involuntary petition **FRBP 1010(b)**

☐ Alleged Corporate Debtor **FRBP 1011(f)**

make the following disclosure(s):

☐   The following entities owning, directly or indirectly, 10% or more of any class of the corporation's (s') equity interests, are listed below:

|  |
|--|
|  |

**OR**

☐   There are no entities owning, directly or indirectly, 10% or more of any class of the corporation's equity interest.

Date: _____          _____
                            Attorney Signature

                            _____  _____
                            Attorney Name                      State Bar Number

                            _____
                            Address

                            _____
                            City, State, and Zip Code

                            _____  _____
                            Telephone Number         Email Address

**Pursuant to Miss. Bankr. L.R. 7007.1-1 the requirements for filing a Corporate Ownership Statement, under Fed. R. Bankr. P. 7007.1 shall also apply to general partnerships, limited partnerships, joint ventures, and limited liability companies.**