United States Bankruptcy Court

Southern District of Mississippi

In re:                                                                                                    Case No. 23-01859-JAW

Winshon Marquet Jackson                                                                      Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

| District/off: 0538-3 | User: mssbad | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Jul 07, 2026 | Form ID: dn022 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol      Definition**

^                        Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 09, 2026:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | ^  MEBN | | |
| | | Jul 07 2026 19:52:37 | 21st Mortgage Corporation, c/o Edward E. Lawler, Jr., POB 2488, Ridgeland, MS 39158-2488 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 09, 2026                              Signature:            /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 7, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Edward E. Lawler, Jr. | on behalf of Creditor 21st Mortgage Corporation elawler@mckaylawler.com  kfriday@mckaylawler.com |
| Harold J. Barkley, Jr. | HJB@HBarkley13.com  hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Winshon Marquet Jackson trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 4

dn022−ntcfilecorpstmt−cm (7/25)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**In re:**

**Case No.:** 23−01859−JAW

Winshon Marquet Jackson

**Chapter:** 13

*Debtor(s)*

**To:** Edward E. Lawler,Jr., Esq.

### <u>Notice to File Corporate Ownership Statement</u>

On July 6, 2026, you filed a Response to Debtor's Motion to Approve Property Settlement Agreement (Dkt. # 56) on behalf of 21st Mortgage Corporation (the Respondent) in the above−referenced case. Pursuant to Miss. Bankr. L.R. 9014−1(c)(1) any corporation (including a general partnership, limited partnership, joint venture, or limited liability company), other than a governmental unit, that is a party to a contested matter shall file a Corporate Ownership Statement (the "Statement") containing the information described in Fed. R. Bankr. P. 7007.1[1].

Therefore, on or before **<u>July 9, 2026</u>**, the Respondent must file the Statement[2]. Failure to file the Statement may result in a hearing to show cause why the Court should not impose sanctions for failing to comply with Miss. Bankr. L.R. 9014−1(c)(1).

Date: July 7, 2026

Danny L. Miller, Clerk of Court
Thad Cochran U.S. Courthouse
501 E. Court Street
Suite 2.300
Jackson, MS 39201
601−608−4600

_____

[1] Rule 7007.1 requires that the statement identify any parent corporation and any publicly held corporation that owns 10% or more of stock or states that there is no such corporation.

[2] Corporate Ownership Statement (Local Form MSSB−7007.1−Bk) is available on the court's website www.mssb.uscourts.gov.