

SO ORDERED,

Judge Jamie A. Wilson
United States Bankruptcy Judge
Date Signed: July 13, 2026

**The Order of the Court is set forth below. The docket reflects the date entered.**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:    Winshon Marquet Jackson, Debtor                Case No. 23-01859-JAW

                                                                                   CHAPTER 13


### ORDER ON MOTION TO DISMISS

On the Motion to Dismiss (Dk # _63_ ) filed by the Debtor, the Court finds that the relief

requested is appropriate under the facts and the law.

**IT IS THEREFORE ORDERED** that this case is hereby dismissed.

**## END OF ORDER ##**

Approved and Prepared by:

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533