United States Bankruptcy Court

Southern District of Mississippi

In re:

Winshon Marquet Jackson

    Debtor

Case No. 23-01859-JAW

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0538-3 | User: mssbad | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 13, 2026 | Form ID: ntcds13v | Total Noticed: 23 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 15, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Winshon Marquet Jackson, 1009 Wheeler Ln, Hazlehurst, MS 39083-8991 |
| 5266838 | + | Karen Jones, 1009 Wheeler Ln, Hazlehurst, MS 39083-8991 |
| 5266841 | + | Open Sky, P.O. Box 183258, Columbus, OH 43218-3258 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | ^ | MEBN | Jul 13 2026 19:51:08 | 21st Mortgage Corporation, c/o Edward E. Lawler, Jr., POB 2488, Ridgeland, MS 39158-2488 |
| cr | + | EDI: AISACG.COM | Jul 13 2026 23:51:00 | Exeter Finance LLC, c/o AIS Portfolio Services, LL, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5266833 | | Email/Text: ebn@21stmortgage.com | Jul 13 2026 19:57:00 | 21st Mortgage Corp, Attn: Bankruptcy, 620 Market Street, Knoxville, TN 37902 |
| 5269380 | | Email/Text: ebn@21stmortgage.com | Jul 13 2026 19:57:00 | 21st Mortgage Corporation, PO Box 477, Knoxville, TN 37901 |
| 5266834 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jul 13 2026 19:57:46 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 5285858 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 13 2026 19:57:39 | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5266835 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 13 2026 19:57:45 | Capital Bank N.A., 2275 Research Blvd., Ste 600, Rockville, MD 20850-6238 |
| 5266836 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 13 2026 19:57:39 | Credit One Bank, Attn: Bankruptcy, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5266837 | | Email/Text: exeter@ebn.phinsolutions.com | Jul 13 2026 19:57:00 | Exeter Finance LLC, Attn: Bankruptcy, Po Box 166008, Irving, TX 75016 |
| 5275438 | + | EDI: AISACG.COM | Jul 13 2026 23:51:00 | Exeter Finance LLC, c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave., Dept. APS, Oklahoma City, OK 73118-7901 |
| 5272386 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 13 2026 19:57:51 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5266839 | + | Email/Text: financeadmin@mdg.com | Jul 13 2026 19:57:00 | MDG US, 3422 Old Capital Trail, PMB #1993, Wilmington, DE 19808-6124 |
| 5274502 | + | Email/Text: financeadmin@mdg.com | Jul 13 2026 19:57:00 | MDG USA Inc, 3422 Old Capitol Trail PMB #1993, Wilmington, DE 19808-6124 |
| 5266840 | ^ | MEBN | Jul 13 2026 19:51:01 | MNGH, Llc., Attn: Bankruptcy, 5401 W Kennedy Blvd, #1030, Tampa, FL 33609-2450 |
| 5272923 | + | EDI: AIS.COM | | |

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 2 of 2 |
| Date Rcvd: Jul 13, 2026 | Form ID: ntcds13v | Total Noticed: 23 |

| | | | |
|---|---|---|---|
| | | Jul 13 2026 23:51:00 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5266842 | Email/Text: bankruptcycourt@towerloan.com | | |
| | | Jul 13 2026 19:57:00 | Tower Loan, Attn: Bankruptcy, Po Box 320001, Flowood, MS 39232 |
| 5290699 | + Email/Text: bankruptcycourt@towerloan.com | | |
| | | Jul 13 2026 19:57:00 | Tower Loan of Mississippi, LLC, P.O. Box 320001, Flowood, MS 39232-0001 |
| 5266843 | EDI: VERIZONCOMB.COM | | |
| | | Jul 13 2026 23:51:00 | Verizon Wireless, 3 Verizon Place, Alpharetta, GA 30004-8510 |
| 5266844 | + Email/Text: bk@worldacceptance.com | | |
| | | Jul 13 2026 19:57:00 | World Finance, Po Box 6429, Greenville, SC 29606-6429 |
| 5275372 | + Email/Text: bk@worldacceptance.com | | |
| | | Jul 13 2026 19:57:00 | World Finance Company of Mississippi LLC, World Acceptance Corporation, Attn: Bankruptcy, PO Box 6429, Greenville, SC 29606-6429 |

TOTAL: 20

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2026          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 13, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Edward E. Lawler, Jr. | on behalf of Creditor 21st Mortgage Corporation elawler@mckaylawler.com  kfriday@mckaylawler.com |
| Harold J. Barkley, Jr. | HJB@HBarkley13.com  hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Winshon Marquet Jackson trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 4

Form ntcds13v (12/23)

# UNITED STATES BANKRUPTCY COURT
Southern District of Mississippi

Case No.:  23−01859−JAW
Chapter:  13

In re:

Winshon Marquet Jackson
1009 Wheeler Ln
Hazlehurst, MS 39083

Last four digits of Social−Security or Individual Tax−Payer−Identification (ITIN) No(s)., (if any):
xxx−xx−5648

Employer Tax Identification No(s). (if any):

## Notice of Dismissal

    You are hereby notified that on July 10, 2026, <u>Winshon Marquet Jackson</u> (the "Debtor") filed a Motion to Dismiss the above case pursuant to 11 U.S.C. § 1307(b) (the "Motion") (Dkt. # 63). On July 13, 2026, the court entered an *ex parte* order (Dkt. # 64) granting the Debtor's Motion.

    Pursuant to Miss. Bankr. L.R. 1017−1(f)(2)(C) any party in interest may file an objection to the Debtor's Motion within 14 days of entry of the order. Upon consideration of any objection timely filed, the court may, at its discretion, conduct a hearing or rule on the matter without a hearing.

Dated: 7/13/26

Danny L. Miller, Clerk of Court
Thad Cochran U.S. Courthouse
501 E. Court Street
Suite 2.300
Jackson, MS 39201
601−608−4600